## VAWTER v. GRANT and Another.

APPEAL from the *Jennings* Court of Common Pleas.

*Per Curiam.*— *Grant* and *Fisk* sued *Vawter* in the Common Pleas, demanding judgment for 1,000 dollars.

In *Fisher* v. *Prewitt*, 7 Ind. R. 519, the majority of the Court held that the Common Pleas Court had no jurisdiction of such a sum. A majority of the Court hold the same doctrine now—STUART, J., dissenting.

The judgment is reversed with costs. Cause remanded, with instructions to dismiss it for want of jurisdiction.

*J. W. Chapman*, *J. B. Merriweather*, *D. M'Donald* and *A. G. Porter*, for the appellant.

*H. C. Newcomb* and *J. S. Harvey*, for the appellees.